AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-MJ-00283 | 2/4/2019 - approximately 2:30pm | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

S7 Samsung Cellphone - CMJT: 10-2016 CP0165 SM-G9350 with white charger cord

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/26/2019

_____
Executing officer's signature

Special Agent Nathan Cherne
Printed name and title